SO ORDERED: March 24, 2008.

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                          )
                                                )
LISA BEVERLY CHAUDHRI                           ) CASE NO. 08-880-FJO-7
        Debtor                                  )
                                                )
_____ )

### ORDER

This matter came before the Court upon the filing of the Second request by the Debtor to extend time to file schedules and statement of affairs. The Debtor filed this case January 31, 2008 without all of the necessary pleadings. The Debtor filed her first request to extend the time to file the pleadings on February 15, 2008 - which this Court granted giving the Debtor until March 17, 2008. The Debtor did not file the required dockets - but filed a second request on March 18, 2008 asking for additional time.

This Court hereby ORDERS that the required documents all be filed by April 7, 2008. No further extensions will be granted. This case will be dismissed without further notice or hearing if the Debtor does not meet this deadline. This Court is sympathetic to Debtors who file pro se, however they must comply with the rules just as other debtors do if they want the benefits of the protection of filing bankruptcy.

###